

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Miguel Angel MALDONADO,<br><br>Defendant. | Magistrate Case No. **'21 MJ03028**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8 U.S.C. Section 1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about July 24, 2021, within the Southern District of California, Defendant Miguel Angel MALDONADO, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien(s), namely, Adriana RAMIREZ-Cruz and Celia SOLANO-Martinez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien(s), and upon arrival did not bring and present said alien(s) immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1., this 26th of July 2021.

_____
HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMNT

I, United States Customs and Border Protection (CBP) Officer Nancy Cervantes, declare under penalty of perjury the following to be true and correct:

The complainant states that Adriana RAMIREZ-Cruz and Celia SOLANO-Martinez, are citizens of a country other than the United States; that said aliens are found to be deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are smuggled aliens in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On July 24, 2021, at approximately 1:43 P.M. Miguel Angel MALDONADO (Defendant) a United States Citizen, made application for admission into the United States from Mexico via the vehicle primary lanes at the San Ysidro, California Port of Entry, driving a 2006 Pontiac Torrent bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his United States passport as proof of identity and citizenship. The CBP officer conducted primary queries and received a computer generated alert. The CBP Officer requested assistance to have the Defendant and the vehicle escorted to secondary for further inspection.

On July 24, 2021, at approximately 3:00 P.M. the CBP assigned to the vehicle secondary lot began conducting an inspection of the vehicle and requested for a Canine Enforcement Officer (CEO) with his assigned Narcotic/Human Detection Dog (NHHD) to screen the vehicle. CEO Officer conducted an interior search of the vehicle, his NHHD alerted to the rear cargo area. CEO Officer observed an individual concealed within a non-factory compartment located in the rear bumper. CBP Officer removed the spare tire that was secured in the spare tire wheel well to gain access to the individual concealed within the bumper. CBP Officer assisted one female out of the rear bumper of the vehicle. The female individual informed CBP there was another female concealed within the vehicle but did not know where. CBP Officers discovered another individual concealed within a modified rear seat compartment. CBP Officers assisted the female individual out of the compartment. Both female individuals were found to be a citizens of Mexico without any documents that would permit them to enter or remain in the United States. The female individuals were later identified as Adriana RAMIREZ-Cruz (Material Witness – MW1) and Celia SOLANO-Martinez (Material Witness – MW2) and are being held as a Material Witnesses.

Continued Probable Cause Statement on Page 2;

1

Continued Probable Cause Statement
US v. Miguel Angel MALDONADO

At approximately 4:45 P.M., Defendant was advised of his Miranda Rights and elected to give a statement without the benefit of counsel. Defendant stated he accepted a job purchasing merchandise at Walmart in San Diego, California and taking the product back to Tijuana, Baja California, Mexico. Defendant admitted he would get paid $100.00 US dollars for every shopping trip he did. Defendant admitted he crossed in that vehicle four times this week to go shopping. Defendant stated he was to drop off vehicle at the Walmart in National City, California.

During a videotaped interview, Material Witness 1 admitted to being a citizen of Mexico with no documents to lawfully enter or reside in the United States. Material Witness 1 stated she made the arrangements herself. Material Witness 1 stated she was to pay $15,000.00 US dollars to the smugglers. Material Witness 1 stated she was traveling to Los Angeles, California to live and seek unlawful employment.

During a videotaped interview, Material Witness 2 admitted to being a citizen of Mexico with no documents to lawfully enter or reside in the United States. Material Witness 2 stated she made the arrangements herself. Material Witness 2 stated she was to pay $15,000.00 US dollars to the smugglers. Material Witness 2 stated she was traveling to Los Angeles, California to live and seek unlawful employment. Material Witness 2 described Defendant as assisting her into the rear area of the vehicle and pointed him out of a photographic line up.

Executed on this day 24th of July, 2021 at 9:00 P.M.

_____
Nancy Cervantes / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the Defendant named therein committed the offense on July 24, 2021 in violation of Title 8, U.S.C., Section 1324.

| | |
|---|---|
| _____ | **10:08 AM, Jul 25, 2021** |
| MAGISTRATE JUDGE | DATE / TIME |

2